**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____   Chapter    **7**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Sober Grid, Inc.** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Sober Grid**<br>**DBA  Ascent**<br>**DBA  Ascent powered by Sober Grid**<br>**DBA  Sober First, LLC** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **47-3722897** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2000 Auburn Drive**<br>**Suite 200-#409**<br>**Beachwood, OH 44122**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Cuyahoga**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)   **www.sobergrid.com**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  **Sober Grid, Inc.**
     Name

Case number (*if known*)

---

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

    **5419**

---

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District | When | Case number |

---

Debtor   **Sober Grid, Inc.**                                        Case number (*if known*) _____
_____
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | | |
|---|---|---|---|---|
| Debtor | _____ | | Relationship | _____ |
| District | _____ | When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency   _____

Contact name   _____

Phone   _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   .

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor **Sober Grid, Inc.**
Name

Case number (*if known*)

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million          ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000          ☐ $50,000,001 - $100 million          ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million          ☐ $100,000,001 - $500 million          ☐ More than $50 billion

| Debtor | **Sober Grid, Inc.** | | Case number (*if known*) | |
| | Name | | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___09/15/2023___
                MM / DD / YYYY

X _____     **Nicholas Krasucki**
   Signature of authorized representative of debtor      Printed name

Title    **Chief Financial Officer**

---

**18. Signature of attorney**

X _____     Date 09/15/2023
   Signature of attorney for debtor                  MM / DD / YYYY

**Ronald S. Gellert**
Printed name

**Gellert Scali Busenkell & Brown, LLC**
Firm name

**1201 N. Orange Street**
**Suite 300**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone    **(302) 425-5806**      Email address    **rgellert@gsbblaw.com**

**4259 DE**
Bar number and State

---

### CERTIFICATE OF RESOLUTION
### AUTHORIZING PREPARATION FOR POTENTIAL FILING OF
### VOLUNTARY PETITION FOR REORGANIZATION
### UNDER CHAPTER 7 OF THE BANKRUPTCY CODE

At a special meeting of the Board of Directors (the "Board of Directors") of Sober Grid, Inc., a Delaware corporation (the "Corporation"), duly constituted and held on Friday August 25, 2023, the following resolutions were discussed and thereafter adopted by unanimous consent:

WHEREAS, the Board of Directors of the Corporation has evaluated and considered the financial condition, results of operations and projected cashflows of the Corporation, the Corporation's efforts to secure additional debt or equity financing, the results of those efforts options available to the Corporation and prospects for maximizing the value of the Corporation and returns to the stakeholders of the Corporation and information and recommendations of its executive officers of, and counsel to, the Corporation concerning the financial condition of the Corporation; and

NOW, THEREFORE, BE IT:

RESOLVED, that in the judgment of the Board of Directors, it is in the best interests of the Corporation, its creditors, stockholders and other interested parties, potentially including but not limited to a petition for reorganization of the Corporation be filed under the provisions of Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code");

RESOLVED, that the Chief Financial Officer (the "Authorized Officer") is hereby authorized, empowered and directed, on behalf of the Corporation, to take all necessary actions and make all necessary preparations for the Corporation to commence a case under Chapter 7 of the Bankruptcy Code (the "Chapter 7 Case"), and to commence the Chapter 7 Case, in the venue that the Authorized Officer deems appropriate and at such time that the Authorized Officer deems appropriate, in the exercise of his discretion and professional expertise;

RESOLVED, that the Authorized Officer of the Corporation shall be and hereby is authorized and directed to do and perform all such acts and things to be prepared to execute and file all petitions, plans, pleadings, schedules, lists, statements, applications, documents, certificates and other papers, and to take such other steps as may be deemed necessary or desirable in order to conduct a case under Chapter 7 of the Bankruptcy Code and to effectuate a reorganization of the Corporation under Chapter 7 as is deemed appropriate;

RESOLVED, that the Corporation shall employ, subject to any requisite bankruptcy court approval, the law firm of Gellert Scali Busenkell and Brown, LLC as general bankruptcy counsel to represent and assist the Corporation in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Corporation's rights and obligations, including filing any pleadings; and in connection therewith, the Authorized Officer is hereby authorized and directed to cause to be filed an appropriate application for authority to retain the services of Gellert Scali Busenkell & Brown, LLC;

RESOLVED, that the Corporation shall employ, subject to any requisite bankruptcy court approval, such other professionals and persons as the Authorized Officer determines are necessary in order to conduct the Chapter 7 Case while subject to the jurisdiction of the Bankruptcy Court;

RESOLVED, that in addition to the specific authorizations heretofore conferred upon the Authorized Officer, the Authorized Officer and such other officers of the Corporation as any Authorized Officer shall from time to time designate, and any employees or agents (including counsel) designated by or directed by any such Authorized Officer, be authorized and empowered to cause the Corporation to enter into, execute, deliver, certify, file and/or record, and perform such agreements, instruments, motions, declarations, affidavits, applications for approvals or ruling of governmental or regulatory authorities, certificates and other documents, and to take such other actions as in the judgment of such officer shall be or become necessary, proper and desirable to conduct the Chapter 7 liquidation of the Corporation as is deemed appropriate; and

RESOLVED, that any and all actions heretofore or hereafter taken by the officers or directors of the Corporation in the name of and on behalf of the Corporation in furtherance of any or all of the foregoing resolutions are hereby ratified and confirmed in their entirety.

I, the undersigned, Chief Financial Officer and Secretary of Sober Grid, Inc., do hereby certify that the foregoing is a true, complete and accurate copy of the resolutions duly adopted by the Board of Directors of said Corporation by unanimous consent; and I do further certify that these resolutions have not been altered, amended, repealed or rescinded and are now in full force and effect.

The undersigned further certifies that the Board of Directors had at the time of the adoption of said resolutions full power and authority to adopt said resolutions, and that the Board of Directors now has said power and authority.

DocuSigned by:

*Andrew R Stewart*
95ABCFA2F051489...
Andrew Stewart – Sober Grid, Inc. Board Member

DocuSigned by:

*David Mann*
39F649F385864C2...
David Mann – Sober Grid, Inc. Board Member

DocuSigned by:

*Dan Siracuse*
E92F65CE5CC5422...
Daniel Siracuse – Sober Grid, Inc. Board Member

DocuSigned by:

290092F9CAC848B...
Brandi Britnell - Sober Grid, Inc. Board Member

DocuSign Envelope ID: 42DEE5D5-A6FC-46C9-BAA8-360551EC52F8

IN WITNESS WHEREOF, I have hereunto subscribed my name in my professional capacity with Sober Grid, Inc. this 25th day of August, 2023.

By: _Nicholas krasucki_

Name: Nicholas Krasucki

Title:  Chief  Financial  Officer, Secretary

**Fill in this information to identify the case:**

Debtor name    **Sober Grid, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration    _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    Sept 15, 2023          X _____
                                        Signature of individual signing on behalf of debtor

**Nicholas Krasucki**
Printed name

**Chief Financial Officer**
Position or relationship to debtor

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Delaware

In re  **Sober Grid, Inc.** _____    Case No. _____
                                                    Debtor(s)                        Chapter    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **15,000.00** |
| Prior to the filing of this statement I have received | $ | **15,000.00** |
| Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

   ■ Debtor        ☐ Other (specify):

3.  The source of compensation to be paid to me is:

   ■ Debtor        ☐ Other (specify):

4.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]
      **Preparation and filing of any petition, schedules, statement of affairs which may be required.
      Representation of the Debtor(s) at the initial first meeting of creditors.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **\*Any post-petition service that is a contested matter, including but not limited to: Motions to Dismiss, Motions to Convert, additional 341 appearances, Adversary Complaints, Appeals, Dischargeability actions, lien avoidances actions, Relief from Stay, or any other matter which requires additional time based on an hourly file.**

      **\*notated in retainer as fee/costs additonal (post-petition)**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

09/15/2023 _____          _/s/ Ronald S. Gellert_
_Date_

                                                **Ronald S. Gellert**
                                                _Signature of Attorney_
                                                **Gellert Scali Busenkell & Brown, LLC**
                                                **1201 N. Orange Street**
                                                **Suite 300**
                                                **Wilmington, DE 19801**
                                                **(302) 425-5806**
                                                **rgellert@gsbblaw.com**
                                                _Name of law firm_

---

**Fill in this information to identify the case:**

Debtor name    **Sober Grid, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    _____

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    **12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................................    $ _____ **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..............................................................................................    $ _____ **3,597,813.72**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................................    $ _____ **3,597,813.72**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $ _____ **0.00**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $ _____ **0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................    +$ _____ **1,587,551.44**

4. **Total liabilities** ........................................................................................................................
   Lines 2 + 3a + 3b    | $ **1,587,551.44** |
   | --- |

| Fill in this information to identify the case: |
|---|
| Debtor name    **Sober Grid, Inc.** |
| United States Bankruptcy Court for the:    DISTRICT OF DELAWARE |
| Case number (if known)  _____ |

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Bank of America** | **Non-Personal Checking** | 1656 | $333.28 |
| 3.2. | **Bank of America** | **Non-Personal Checking** | 9075 | $133.38 |
| 3.3. | **PNC Bank** | **Non-Personal Checking** | 9412 | $0.00 |
| 3.4. | **JPMorgan Chase** | **Non-Personal Checking** | 7368 | $0.00 |
| 3.5. | **JPMorgan Chase** | **Non-Personal Checking** | 0072 | $84.46 |
| 3.6. | **Bank of America (payroll)** | **Savings** | 8544 | $0.00 |

Debtor    **Sober Grid, Inc.**                                  Case number *(If known)* _____
               Name

| 3.7. | Bank of America (NIH) | Savings | 6271 | $0.05 |
|------|----------------------|---------|------|-------|

4.       **Other cash equivalents** *(Identify all)*

5.       **Total of Part 1.**                                                                         | $551.17 |
         Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:    Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ■ No.  Go to Part 3.
   ☐ Yes Fill in the information below.

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

   ☐ No.  Go to Part 4.
   ■ Yes Fill in the information below.

11.      **Accounts receivable**

         11a. 90 days old or less:          30,000.00          -          25,000.00      = ....          $5,000.00
                                            face amount                doubtful or uncollectible accounts

         11b. Over 90 days old:             130,074.48          -          130,074.48      =....          $0.00
                                            face amount                doubtful or uncollectible accounts

12.      **Total of Part 3.**                                                                         | $5,000.00 |
         Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:    Investments**

13. **Does the debtor own any investments?**

   ■ No.  Go to Part 5.
   ☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ■ No.  Go to Part 6.
   ☐ Yes Fill in the information below.

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

Debtor    **Sober Grid, Inc.**                                Case number *(If known)* _____
          Name

■ No.  Go to Part 8.
□ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
| --- | --- |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
□ Yes Fill in the information below.

| Part 9: | Real property |
| --- | --- |

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
□ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
| --- | --- |

**59. Does the debtor have any interests in intangibles or intellectual property?**

□ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 60. **Patents, copyrights, trademarks, and trade secrets** **Sober Grid is trademarked and Foley Hoag maintains records** | Unknown | | Unknown |
| 61. **Internet domain names and websites** **sobergrid.com** | $7,458.33 | | $7,458.33 |
| **ascent.org** | Unknown | | Unknown |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** **Hubspot retains all sales records and marketing campaigns in Gsuite** | Unknown | | Unknown |
| 64. **Other intangibles, or intellectual property** **Github mobile app code, app store (free app) and AWS data** | $412,736.00 | | $412,736.00 |
| 65. **Goodwill** **From acquisition of Sober First LLC in 2018** | $1,990,571.69 | | $1,990,571.69 |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| | |
| --- | --- |
| | $2,410,766.02 |

Debtor    **Sober Grid, Inc.**                                          Case number *(If known)* _____
          <sub>Name</sub>

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
      ■ No
      ☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
      ■ No
      ☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| | **Federal tax assets at 6/30/23 on balance sheet**     Tax year **Cumulative** | $941,066.53 |
| | **State tax assets at 6/30/2023 on balance sheet**     Tax year **Cumulative** | $240,430.00 |
| 73. | **Interests in insurance policies or annuities**<br>**Balance D&O and refund of GL and Cybersecurity will be issued by AJ Gallagher or used for Tail D&O** | Unknown |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |

78.   **Total of Part 11.**
      Add lines 71 through 77. Copy the total to line 90.

      | $1,181,496.53 |
      |---|

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

Debtor __**Sober Grid, Inc.**__          Case number *(if known)* _____
          Name

Part 12:  **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $551.17 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $5,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $2,410,766.02 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $1,181,496.53 | |
| 91. **Total.** Add lines 80 through 90 for each column | $3,597,813.72 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $3,597,813.72 |

**Fill in this information to identify the case:**

Debtor name        **Sober Grid, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name    **Sober Grid, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**Amazon Web Services**<br>**410 Terry Ave North**<br>**Seattle, WA 98109-5210**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $5,039.98 |
| **3.2** | Nonpriority creditor's name and mailing address<br>**Bank of America CORP Business Card**<br>**PO Box 15796**<br>**Wilmington, DE 19886**<br><br>Date(s) debt was incurred **2022-2023**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Business credit card(s)**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $49,479.07 |
| **3.3** | Nonpriority creditor's name and mailing address<br>**Beverly Kieth-Bibbo**<br>**186 Hamilton St Apt 1L**<br>**Southbridge, MA 01550-1881**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Loan to Company**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $15,000.00 |
| **3.4** | Nonpriority creditor's name and mailing address<br>**Citizens Bank**<br>**PO Box 7000**<br>**Providence, RI 02940**<br><br>Date(s) debt was incurred **Mar-Apr 2023**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Commercial loan/credit line**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $249,500.00 |

Debtor **Sober Grid, Inc.**

Name

Case number (if known) _____

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,722.50
**ClarkSilva CPA**
**475 Kilvert St. Ste 125**
**Warwick, RI 02886**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __July 2023__

Last 4 digits of account number  ___

Basis for the claim:  __CPA services__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $262,500.00
**Ed and Jeri Hughes**
**50 Barbara Avenue**
**Auburn, MA 01501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2019-2023__

Last 4 digits of account number  ___

Basis for the claim:  __Loans to Company__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,684.76
**Estate of Joanna Schulman**
**PO Box 755**
**Tiburon, CA 94920**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2018-2020__

Last 4 digits of account number  ___

Basis for the claim:  __Consulting services__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,854.50
**First Due SG Holdings, LLC**
**161 Asharoken Ave**
**Northport, NY 11768**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __August 2023__

Last 4 digits of account number  ___

Basis for the claim:  __Loan to Company for Legal Services- D&O insurance__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,250.00
**Foley Hoag**
**155 Seaport Blvd #1600**
**Boston, MA 02210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __May-Jul 2023__

Last 4 digits of account number  ___

Basis for the claim:  __Legal services__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67,374.95
**Forward Financing, LLC**
**53 State St 20th Floor**
**Boston, MA 02109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __July 2023__

Last 4 digits of account number  ___

Basis for the claim:  __Credit line - working capital__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,854.50
**Gala Investments, LLC**
**17 Nawthorne Road**
**Old Greenwich, CT 06870**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __August 2023__

Last 4 digits of account number  ___

Basis for the claim:  __Loan to Company for Legal Services- D&O insurance__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Sober Grid, Inc.**                                              Case number (if known) _____
        Name

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$60,027.00** |
|---|---|---|---|

**Headway Capital LLC**
**175 W. Jackson Blvd.**
**Suite 1000**
**Chicago, IL 60604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Credit line - Sober First LLC**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,200.91** |
|---|---|---|---|

**Hogan Lovells**
**555 13th St NW**
**Washington, DC 20004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

**Basis for the claim:  Legal/consulting services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$106,731.80** |
|---|---|---|---|

**Jorns CPA**
**PO Box 782934**
**Wichita, KS 67278**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Jul-Dec 2022**

**Basis for the claim:  Services rendered Sober Grid, Inc. and Sober First LLC**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Kevin Keith**
**186 Hamilton St Apt 1L**
**Southbridge, MA 01550-1881**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

**Basis for the claim:  Loan to Company**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$17,024.43** |
|---|---|---|---|

**Mintz Levin Cohn Ferris Glovsky**
**PO Box 4539**
**Boston, MA 02212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

**Basis for the claim:  M&A fees for 2018 Sober First LLC acquisition**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,109.00** |
|---|---|---|---|

**Nicholas Krasucki**
**11 Village Court**
**Malden, MA 02148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022-2023**

**Basis for the claim:  Loan to Company for Legal Services and Payroll Wages to Staff**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$99,680.56** |
|---|---|---|---|

**PNC Bank**
**PO Box 609**
**Pittsburgh, PA 15230-9738**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Mar-Apr 2023**

**Basis for the claim:  Credit line - Sober First LLC**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Sober Grid, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.19**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $37,345.00 |
|---|---|---|
| **Top Choice Financial, LLC**<br>**83 Wooster Heights**<br>**Danbury, CT 06810** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  <u>July 2023</u> | Basis for the claim:  <u>Credit line - Sober First LLC</u> | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.20**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500,121.25 |
|---|---|---|
| **US Treasury - Small Business Administrat**<br>**PO Box 3918**<br>**Portland, OR 97208** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  <u>2020-2021</u> | Basis for the claim:  <u>EIDL Extension SBA Loan</u> | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.21**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,051.23 |
|---|---|---|
| **Wilson Sonsini Goodrich and Rosati**<br>**PO Box 742866**<br>**Los Angeles, CA 90074** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  <u>2017-2023</u> | Basis for the claim:  <u>Legal services rendered</u> | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 1,587,551.44 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 1,587,551.44 |

| Fill in this information to identify the case: |
| --- |
| Debtor name    **Sober Grid, Inc.** |
| United States Bankruptcy Court for the:    DISTRICT OF DELAWARE |
| Case number (if known) _____ |

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal  Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| **2.1.**  State what the contract or lease is for and the nature of the debtor's interest | **GPRA services and support** |
| State the term remaining | **ends 9/30/2023** |
| List the contract number of any government contract | **ADAMHS Board of Cuyahoga County**<br>**Attn:Myra Henderson**<br>**2012 West 25th Street**<br>**Cleveland, OH 44113** |
| **2.2.**  State what the contract or lease is for and the nature of the debtor's interest | **Licenses** |
| State the term remaining | **ends 9/30/2023** |
| List the contract number of any government contract | **Fairfield County**<br>**Attn: Miranda Gray**<br>**108 W. Main Street, Suite A**<br>**Lancaster, OH 43130** |
| **2.3.**  State what the contract or lease is for and the nature of the debtor's interest | **PMPM pricing per member** |
| State the term remaining | **Ends Aug 2023; renews quarterly in Sept** |
| List the contract number of any government contract | **Greater St. Louis Laborers Union**<br>**Attn: Diana Marburger**<br>**2357 59th Street**<br>**Saint Louis, MO 63110** |
| **2.4.**  State what the contract or lease is for and the nature of the debtor's interest | **GPRA services and support** |
| State the term remaining | **ends 9/30/2023** |
| List the contract number of any government contract | **Jefferson County Prevention & Recovery B**<br>**Attn: Maggi Campbell**<br>**524 Madison Ave**<br>**Steubenville, OH 43952** |

Debtor 1  **Sober Grid, Inc.**

First Name        Middle Name        Last Name

Case number (*if known*) _____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **QRT Services** | |
|---|---|---|---|
| | State the term remaining | **ends 12/31/2023** | **Jefferson County Prevention and Recovery**<br>**Attn: Bill Holt**<br>**524 Madison Avenue**<br>**Steubenville, OH 43952** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **10 coaching licenses for 12 months** | |
|---|---|---|---|
| | State the term remaining | **ends 8/31/2024** | **Logan County Mental Health Board**<br>**Attn: Adam Sorensen, Executive Director**<br>**Mental Health Board / Drug Courts**<br>**1521 North Detroit Street**<br>**West Liberty, OH 43357** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Service and Support Contract** | |
|---|---|---|---|
| | State the term remaining | **ends 9/30/2023** | **Louisiana Dept. of Corrections**<br>**Attn: Shelley Edgerton**<br>**504 Mayflower Street**<br>**Baton Rouge, LA 70802** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Coaching services - licenses** | |
|---|---|---|---|
| | State the term remaining | **ends 12/31/2023** | **Pathways Behavioral Health**<br>**Attn: Donna Konst**<br>**835 N Locust St**<br>**Ottawa, OH 45875** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **2 partially used licenses** | |
|---|---|---|---|
| | State the term remaining | **ends in 11 months** | **Taylor County, WI Drug Court**<br>**Attn: Wendy Ness**<br>**540 College Ave**<br>**Medford, WI 54451** |
| | List the contract number of any government contract | | |

Debtor 1   **Sober Grid, Inc.**                                            Case number *(if known)* _____
　　　First Name　　　　Middle Name　　　　Last Name

■ **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Licenses for recovery services** | |
|---|---|---|---|
| | State the term remaining | **ends 9/30/2023** | **Tri-County (Mercer) MRB**<br>**Attn: Alicia Bruce Program Director**<br>**1054 S Washington St #A**<br>**Van Wert, OH 45891** |
| | List the contract number of any government contract | _____ | |

**Fill in this information to identify the case:**

Debtor name    **Sober Grid, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 **Nicholas Krasucki** | **11 Village Court** **Malden, MA 02148** | **US Treasury - Small Business Administrat** | ☐ D _____ ☐ E/F _____ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name      **Sober Grid, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    _____

☐ Check if this is an
amended filing

<u>Official Form 207</u>
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$340,785.00** |
   | **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$2,425,941.00** |
   | **For year before that:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$2,702,809.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

Debtor   **Sober Grid, Inc.**                                   Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.   **See Attachment** | | | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   **See Attachment** | | | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.   **Bodman PLC vs Sober Grid, Inc.**<br>**2023-C00936-GC** | **Complaint for overdue invoices** | | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ☑ None

**Part 4:   Certain Gifts and Charitable Contributions**

Debtor   **Sober Grid, Inc.**                                                Case number *(if known)*

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:** **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:** **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Gellert Scali Busenkell & Brown, LLC**<br>**1201 N. Orange Street**<br>**Suite 300**<br>**Wilmington, DE 19801** | | **8/24/2023, 9/14/2023** | **$15,000.00** |
| | **Email or website address**<br>**rgellert@gsbblaw.com** | | | |
| | **Who made the payment, if not debtor?**<br>**Board and Management team** | | | |
| 11.2. | **AJ Gallagher**<br>**470 Atlantic Avenue**<br>**Boston, MA 02210** | | **Sept. 5, 2023** | **$7,418.00** |
| | **Email or website address**<br>**www.ajg.com** | | | |
| | **Who made the payment, if not debtor?**<br>**Board and Management team** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

Debtor    **Sober Grid, Inc.**                                        Case number *(if known)* _____

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **4415 Euclid Avenue, Suite 200 Cleveland, OH 44103** | **6/2020 - 12/2021** |

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

   **Limited to phone numbers, DOB, names, emails if user discloses only.**

   Does the debtor have a privacy policy about that information?
   ■ No
   ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

   ■ No Go to Part 10.
   ☐ Yes. Fill in below:

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

| Debtor | **Sober Grid, Inc.** | Case number *(if known)* | |
|---|---|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:  Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

| Debtor | Sober Grid, Inc. | Case number (if known) | |
|---|---|---|---|

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | ClarkSilva CPA<br>475 Kilvert St. Ste 125<br>Warwick, RI 02886 | 2019-present |
| 26a.2. | Nicholas Krasucki<br>11 Village Court<br>Malden, MA 02148 | 2017-present via<br>Quickbooks Online |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26b.1. | Wagner and Company CPA, LLC<br>1655 West Market Street<br>Suite 225/260<br>Akron, OH 44313 | 2021-2023 |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | Nicholas Krasucki<br>11 Village Court<br>Malden, MA 02148 | |

Debtor  **Sober Grid, Inc.** _____  Case number *(if known)* _____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. **ClarkSilva CPA**<br>**475 Kilvert St. Ste 125**<br>**Warwick, RI 02886** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Brandi Britnell** | **39 Whiting Road**<br>**Oxford, MA 01540** | **Director (Board member)** | **0** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **David Mann** | **39 Whiting Road**<br>**Oxford, MA 01540** | **Director (Board member), Common Shareholder** | **2** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Dan Siracuse (First Due)** | **161 Asharoken Ave**<br>**Northport, NY 11768** | **Director (Board member), Preferred/Controlling Shareholder** | **16.89** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Andrew R Stewart (Gala)** | **17 Nawthorne Rd.**<br>**Old Greenwich, CT 06870** | **Director (Board member), Preferred/Controlling Shareholder, SAFE Shareholder** | **17.27** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Nicholas Krasucki** | **11 Village Court**<br>**Malden, MA 02148** | **Officer (CFO), Common Shareholder** | **3.83** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Wendy Warrington** | **22641 Eagles Watch Drive**<br>**Land O Lakes, FL 34639** | **Officer (CEO)** | **0** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Beau Mann** | **39 Whiting Road**<br>**Oxford, MA 01540** | **Officer (CEO) Controlling Common Shareholder based on Corporate Charter (shares in probate)** | **22.37** |

Debtor    **Sober Grid, Inc.**                                          Case number *(if known)*

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Nicholas Krasucki** <br> **11 Village Court** <br> **Malden, MA 02148** | **73,800.00** | **7/1/22-7/31/23** | **1099** |
| | **Relationship to debtor** <br> **CFO** | | | |
| 30.2. | **Wendy Warrington** <br> **22641 Eagles Watch Drive** <br> **Land O Lakes, FL 34639** | **140,000** | | **Salary, W-2 employee** |
| | **Relationship to debtor** <br> **CEO** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor    **Sober Grid, Inc.**                                           Case number *(if known)*

**Part 14:**   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on        Sept 15, 2023

Signature of individual signing on behalf of the debtor          **Nicholas Krasucki**
                                                                 Printed name

Position or relationship to debtor    **Chief Financial Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

**SOFA - Part 2, Question 3**

| | Sober Grid Reportable Creditor's name | Address | Dates | Total amount or value | | Reasons for payment or transfer | Comments |
|---|---|---|---|---|---|---|---|
| 3.1 | Forward Financing | See Schedule E/F | 7/31/23 | $ | 49,105.00 | Other: Credit Line commercial debt | |
| | | | 8/4/23-8/25/23 | $ | (12,833.40) | Unsecured Loan repayments | |
| 3.2 | Specialty Capital | See Schedule E/F | N/A | $ | - | Other: Credit Line commercial debt | |
| | | | 6/8/23-7/20/23 | $ | (17,424.88) | Unsecured Loan repayments | Paid in full; closed |
| 3.3 | Headway Capital | See Schedule E/F | 7/7-8/9/23 | $ | 8,500.00 | Other: Credit Line commercial debt | |
| | | | 6/30-7/31/23 | $ | (9,908.52) | Unsecured Loan repayments | |
| 3.4 | Top Choice Financial | See Schedule E/F | 8/1/23 | $ | 22,950.00 | Other: Credit Line commercial debt | |
| | | | 8/8-8/22/23 | $ | (5,621.25) | Unsecured Loan repayments | |

**Includes only <90 days and >$7,575 total for period**

**SOFA PART 2, QUESTION 4:**

| | Sober Grid Reportable Insider's name (basis for inclusion) | Address | Dates | Total amount or value | Reasons for payment or transfer | Comments |
|---|---|---|---|---|---|---|
| 4.1 | Ed Hughes (SG Investor) | 50 Barbara Avenue, Auburn, MA 01503 | 2/24/23- | $ 100,000.00 | Other: provided working capital as loan | Loan for $50K with principal plus $2,500 fee due now |
| | | | 4/6/2023 | $ 52,500.00 | Unsecured loan repayments | fee |
| | | | 8/26/22-6/30/23 | $ 40,950.00 | Unsecured loan repayments | Interest only per Agreement |
| 4.2 | Kevin Keith (SG Investor) | See schedule E/F | 8/26/22-6/30/23 | $ 17,803.34 | Unsecured loan repayments | Principal and Interest per schedule |
| 4.3 | Bev Keith (SG Investor) | See schedule E/F | 8/26/22-6/30/23 | $ 9,591.66 | Unsecured loan repayments | Principal and Interest per schedule |
| 4.4 | Nicholas Krasucki (SG CFO, Investor) | 11 Village Court, Malden, MA 02148 | 12/9/22-1/20/23 | $ (100,000.00) | Other: provided working capital as loan | Short Term Note payments in |
| | | | 6/21/23-7/3/23 | $ 125,973.70 | Unsecured loan repayments | Short Term Note principal + interest to close out Notes |
| | | | 3/2/23-8/21/23 | $ (162,500.00) | Other: provided working capital as loan | No interest loan capital in |
| | | | 3/2/23-8/21/23 | $ 138,500.00 | Unsecured loan repayments | No interest loan capital out |
| 4.5 | Andrew R. Stewart (Board Member, Investor) | See schedule E/F | 12/13/22 | $ (150,000.00) | Other: provided working capital as loan | Short Term Note payment in |
| | | | 6/20/23 | $ 193,464.70 | Unsecured loan repayments | Short Term Note principal + interest to close out Note |
| 4.6 | David Mann (Board Member, Investor) | 39 Whiting Road, Oxford MA 01540 | 1/3/23 | $ (50,000.00) | Other: provided working capital as loan | Short Term Note payment in |
| | | | 6/23/23 | $ 62,836.71 | Unsecured loan repayments | Short Term Note principal + interest to close out Note |
| 4.7 | Sudip Thakor (SG Investor) | Pumori Capital Greenwich, CT 06830 | 2/8/23 | $ (50,000.00) | Other: provided working capital as loan | Short Term Note payment in |
| | | | 6/22/23 | $ 60,059.18 | Unsecured loan repayments | Short Term Note principal + interest to close out Note |
| 4.8 | Joseph Krasucki (SG Investor) | 203 French Pond Road North Haverhill, NH 03774 | 6/9/23 | $ (50,000.00) | Other: provided working capital as loan | Short Term working capital loan to cover payrolls |
| | | | 6/15-6/16/23 | $ 60,000.00 | Unsecured loan repayments | Principal and Interest combined to close out |

**Insider summary of transactions last 12 months**

**United States Bankruptcy Court**
**District of Delaware**

In re   **Sober Grid, Inc.** _____    Case No. _____

Debtor(s)    Chapter    **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Financial Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: _____    Sept 15, 2023    _____

**Nicholas Krasucki**/**Chief Financial Officer**
Signer/Title

SOBER GRID, INC.
2000 AUBURN DRIVE
SUITE 200-#409
BEACHWOOD, OH 44122

ED AND JERI HUGHES
50 BARBARA AVENUE
AUBURN, MA 01501

JEFFERSON COUNTY PREVENTION
ATTN: MAGGI CAMPBELL
524 MADISON AVE
STEUBENVILLE, OH 43952

RONALD S. GELLERT
GELLERT SCALI BUSENKELL & BROWN, LLC
1201 N. ORANGE STREET
SUITE 300
WILMINGTON, DE 19801

ESTATE OF JOANNA SCHULMAN
PO BOX 755
TIBURON, CA 94920

JEFFERSON COUNTY PREVENTION
ATTN: BILL HOLT
524 MADISON AVENUE
STEUBENVILLE, OH 43952

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101

FAIRFIELD COUNTY
ATTN: MIRANDA GRAY
108 W. MAIN STREET, SUITE A
LANCASTER, OH 43130

JORNS CPA
PO BOX 782934
WICHITA, KS 67278

STATE OF DELAWARE
DEPARTMENT OF JUSTICE
ATTN: EDWARD KOSMOWSKI
820 N. FRENCH ST., 8TH FLOOR
WILMINGTON, DE 19801

FIRST DUE SG HOLDINGS, LLC
161 ASHAROKEN AVE
NORTHPORT, NY 11768

KEVIN KEITH
186 HAMILTON ST APT 1L
SOUTHBRIDGE, MA 01550-1881

ADAMHS BOARD OF CUYAHOGA COUNTY
ATTN:MYRA HENDERSON
2012 WEST 25TH STREET
CLEVELAND, OH 44113

FOLEY HOAG
155 SEAPORT BLVD #1600
BOSTON, MA 02210

LOGAN COUNTY MENTAL HEALTH
ATTN: ADAM SORENSEN, EXECUT
MENTAL HEALTH BOARD / DRUGC
1521 NORTH DETROIT STREET
WEST LIBERTY, OH 43357

AMAZON WEB SERVICES
410 TERRY AVE NORTH
SEATTLE, WA 98109-5210

FORWARD FINANCING, LLC
53 STATE ST 20TH FLOOR
BOSTON, MA 02109

LOUISIANA DEPT. OF CORRECTIO
ATTN: SHELLEY EDGERTON
504 MAYFLOWER STREET
BATON ROUGE, LA 70802

BANK OF AMERICA CORP BUSINESS CARD
PO BOX 15796
WILMINGTON, DE 19886

GALA INVESTMENTS, LLC
17 NAWTHORNE ROAD
OLD GREENWICH, CT 06870

MINTZ LEVIN COHN FERRIS GLO
PO BOX 4539
BOSTON, MA 02212

BEVERLY KIETH-BIBBO
186 HAMILTON ST APT 1L
SOUTHBRIDGE, MA 01550-1881

GREATER ST. LOUIS LABORERS UNION
ATTN: DIANA MARBURGER
2357 59TH STREET
SAINT LOUIS, MO 63110

NICHOLAS KRASUCKI
11 VILLAGE COURT
MALDEN, MA 02148

CITIZENS BANK
PO BOX 7000
PROVIDENCE, RI 02940

HEADWAY CAPITAL LLC
175 W. JACKSON BLVD.
SUITE 1000
CHICAGO, IL 60604

PATHWAYS BEHAVIORAL HEALTH
ATTN: DONNA KONST
835 N LOCUST ST
OTTAWA, OH 45875

CLARKSILVA CPA
475 KILVERT ST. STE 125
WARWICK, RI 02886

HOGAN LOVELLS
555 13TH ST NW
WASHINGTON, DC 20004

PNC BANK
PO BOX 609
PITTSBURGH, PA 15230-9738

TAYLOR COUNTY, WI DRUG COURT
ATTN: WENDY NESS
540 COLLEGE AVE
MEDFORD, WI 54451


TOP CHOICE FINANCIAL, LLC
83 WOOSTER HEIGHTS
DANBURY, CT 06810


TRI-COUNTY (MERCER) MRB
ATTN: ALICIA BRUCE PROGRAM DIRECTOR
1054 S WASHINGTON ST #A
VAN WERT, OH 45891


US TREASURY - SMALL BUSINESS ADMINISTRAT
PO BOX 3918
PORTLAND, OR 97208


WILSON SONSINI GOODRICH AND ROSATI
PO BOX 742866
LOS ANGELES, CA 90074

# United States Bankruptcy Court
## District of Delaware

In re   **Sober Grid, Inc.**                                        Case No. _____

_____          Chapter   **7**   _____
                                    Debtor(s)

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Sober Grid, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

09/15/2023                              */s/ Ronald S. Gellert*
_____         _____
Date                                    **Ronald S. Gellert**
                                        Signature of Attorney or Litigant
                                        Counsel for   **Sober Grid, Inc.**
                                        _____
                                        **Gellert Scali Busenkell & Brown, LLC**
                                        **1201 N. Orange Street**
                                        **Suite 300**
                                        **Wilmington, DE 19801**
                                        **(302) 425-5806**
                                        **rgellert@gsbblaw.com**